# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUANISKI WILKERSON

NO. 2025 KW 0633

**AUGUST 18, 2025**

---

In Re:    Juaniski Wilkerson, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No. 18292.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT